IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-19-12-F |
| ) | |
| JERRY RAY CRAINE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court previously received from defendant Jerry Ray Craine an Application for Relief. *See*, doc. no. 78. It appeared that defendant was intending the application to be construed by the court as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On June 17, 2022, the court entered an order striking the application because it did not comply with Rule 9.2(a) of the court's Local Civil Rules. The court directed the clerk of the court to send defendant a copy of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence in Federal Custody for his use.

The court is currently in receipt from defendant another Application for Relief. See, doc. no. 80. It is similar to the one previously submitted by defendant and stricken by the court.

Rule 9.2(a) of the court's Local Civil Rules requires that motions to vacate sentences pursuant to 28 U.S.C. § 2255 be filed on a form provided by the clerk of the court. "Failure to use [the form] or to supply the court with the equivalent information required by the form[] will result in the pleading being ordered stricken." LCvR9.2(a).

Defendant's Application for Relief does not comply with Rule 9.2(a). It is not on the form provided by the clerk of the court, and it does not supply the court with the equivalent information required by that form. The application will therefore be stricken under LCvR9.2(a).

Accordingly, defendant Jerry Ray Craine's Application for Relief (doc. no. 80), is **STRICKEN** under LCvR9.2(a).

The clerk of the court is again **DIRECTED** to send to defendant a copy of the Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and accompanying instructions. Defendant shall complete the motion;[1] date and sign it; and return it to the clerk of the court as soon as practicable. Defendant is not required to send any copies along with the motion; only the original motion need be sent.

IT IS SO ORDERED this 20th day of July, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

19-0012p014.docx

---

[1] The motion may be completed in defendant's handwriting rather than typed.